FILED

10:48 am, 3/7/18
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

☑ Violation Notice ☐ Information ☐ Complaint

vs

Case Number  5:18PO72-MLC

HANNA F. PONDER

Defendant

Violation Charged 1) Entering closed area          Citation Number  7136752

Date Violation Notice Issued   March 6, 2018          Place

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:20 - 37                                        Interpreter  No

Date  March 7, 2018                                    Interpreter Telephone

Before the Honorable  Mark L. Carman

| Karen Angermeier | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| F. Lee Pico | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear          Warrant issued on

☑ Appeared    ☐ By telephone
            ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
            ☐ FPD     ☐ PANEL-CJA     ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to     Mar 12, 2018     at   10;30 am
      reason:    Detention Hearing

☐ Bail is set at
            ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount
☐ Conditions of release

WY 59                                                        Revised 12/06/2017

Petty Offenses/Misdemeanors Minute Sheet
5:18PO72-MLC

```
┌─────────────────────────────────────────────────────────────────────────────┐
│ COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:                     │
│ ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A │
│   Misdemeanor).                                                               │
│ ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives │
│   trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).  │
│         This consent was made    ☐ orally        ☐ in writing                 │
└─────────────────────────────────────────────────────────────────────────────┘
```

☑ Informed of charges and rights          Date  March 7, 2018
☐ Defendant arraigned                     Date
☐ Court accepts plea          Defendant enters ☐ Not Guilty Plea    ☐ Guilty
☐ Trial      Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfieted
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence          Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision      ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine                     Payable
☐ Restitution              To
☐ Community Service        To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  US moves for detention, 3 day continuance to Monday 3/12/18, no bond report requested. Remanded to custody of US Marshal pending detention hearing. Defendant will see private counsel.